■ In the Matter of LARRY W., Appellant. — In a proceeding against a juvenile offender removed to the Family Court, the appeal (by permission) is from an order of the Family Court, Kings County, dated July 8, 1980, which denied the appellant's motion to cause a copy of the Grand Jury minutes to be served on him. Order reversed, without costs or disbursements, and motion granted (see *Matter of Glenford S.,* 78 AD2d 350). Hopkins, J.P., Gulotta, Margett and O'Connor, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DIAHANN FIELDS, Appellant. — Appeal by defendant, as limited by her brief, from two amended sentences of the County Court, Nassau County, both imposed May 15, 1978, upon revocation of previously imposed probationary sentences, the amended sentences being two determinate terms of one year of imprisonment, to run concurrently. Appeal dismissed as moot. Defendant has completed serving the amended sentences imposed upon the revocation of her probationary terms. Damiani, J. P., O'Connor, Weinstein and Thompson, JJ., concur.